IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02596-MSK-KLM

PRIDE SERVICES, INC., a Colorado Corporation,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
CALVIN BLACK, in his official capacity,
CALVIN (I) BLACK, in his individual capacity, and
ONE OR MORE JOHN DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Plaintiff's Motion to Appear by Telephone During Scheduling Conference and Certification of Compliance with D.C.COLO.LCivR. 7.1(A)** [Docket No. 19; Filed January 18, 2012] (the "Initial Motion") and Plaintiff's **Unopposed Plaintiff's Motion to Appear by Telephone During Scheduling Conference and Certification of Compliance with D.C.COLO.LCivR. 7.1(A)** [Docket No. 20; Filed January 18, 2012] (the "Amended Motion").

    IT IS HEREBY **ORDERED** that the Initial Motion [#19] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Amended Motion [#20] is **GRANTED**. Plaintiff's counsel may appear by telephone at the Scheduling Conference on January 26, 2012 at 9:30 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated: January 19, 2012