IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02596-MSK-KLM

PRIDE SERVICES, INC., a Colorado Corporation,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
CALVIN BLACK, in his official capacity,
CALVIN (I) BLACK, in his individual capacity, and
ONE OR MORE JOHN DOES,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Order Deadlines** [Docket No. 34; Filed July 18, 2012] (the "Motion"). On March 5, 2012, the Court entered an Order staying all discovery in this matter, except for discovery related to Plaintiff's claims for declaratory/injunctive relief and the identification of the John Doe Defendants, pending resolution of the Motions to Dismiss [#13, #15]. *See Order* [#33] at 5-6. Because the Motions to Dismiss have not been adjudicated, the parties request that the Court vacate all upcoming case deadlines as set forth in the Scheduling Order [#28], including the upcoming Discovery Deadline set for September 10, 2012.

      IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. All future deadlines set forth in the Scheduling Order are **VACATED** and will be reset, if appropriate, after a ruling on the pending Motions to Dismiss.

      Dated: July 23, 2012